UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA VOLLE,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE SPADAFORE FAMILY PARTNERSHIP, et al.,<br><br>                    Defendants. | Case No.  20-cv-02355-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Debra Volle filed the present action on April 7, 2020.  Dkt. No. 1.  Pursuant to General Order 56 and the Court's July 2, 2020 order granting the parties' stipulation to continue the joint site inspection deadline, the parties' last day to conduct a joint site inspection was July 24, 2020, and Ms. Macias's last day to file a notice for need of mediation was September 4, 2020. Dkt. No. 16; *see also* Dkt. No. 4.  Ms. Macias did not file a notice of need for mediation, nor did she seek relief from the September 4 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962).  Ms. Volle is directed to file a written response to this order by **October 13, 2020** and to appear before the Court on **October 20, 2020 at 10:00 a.m.** and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 8, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge